UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAROLD TOUSSAINT, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 18-11691-LTS |
| CHATAM BARS INN, et al., | ) |
| Defendants. | ) |

ORDER

March 6, 2019

SOROKIN, D.J.

On August 10, 2018, <u>pro se</u> litigant Harold Toussaint commenced this action by filing a complaint and a motion for leave to proceed <u>in forma pauperis</u>. In an order dated January 18, 2019, (ECF No. 4), the Court granted the motion for leave to proceed <u>in forma pauperis</u> and directed Toussaint to file an amended complaint within twenty-one days. The Court found that subject matter jurisdiction did not exist because (1) Toussaint had failed to allege a claim arising under federal law; and (2) with regard to any viable state law claim, the amount in controversy did not exceed $75,000. The Court stated that failure to comply with the directive would result in dismissal of the action.

The time period for complying with the Court's January 18, 2018 order has expired without any response from Toussaint. Accordingly, for the reasons set forth in that order and for the plaintiff's failure to file an amended complaint, this action is DISMISSED.

SO ORDERED.

                                                    /s/ Leo T. Sorokin
                                                    UNITED STATES DISTRICT JUDGE